1  SALVATORE SCIANDRA, Bar No. 58256
   Law Office of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: 559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, CHARLES P. WELBORN

6

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | **CASE NUMBER:** 1:09-mj-00233-SMS |
| 11 | Plaintiff, ) | STIPULATION AND ORDER FOR A RESETTING OF STATUS |
| 12 | v. ) | CONFERENCE HEARING |
| 13 | CHARLES P. WELBORN, ) | Date: Thursday, October 8, 2009 |
| 14 | Defendant. ) | Time: 10:00 a.m.<br>Court: Magistrate Judge Beck |
| 15 | ) | |

16     IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the

17  defendant by and through his attorney, Salvatore Sciandra, that the Status Conference Hearing set for

18  Thursday, October 8, 2009 at 10:00 a.m. be continued to Thursday, December 3, 2009 at 10:00 a.m.

19  as defense counsel will be out of town.

20                                          Respectfully submitted,

21

22  DATED: October 6, 2009                  /s/ Salvatore Sciandra
                                            SALVATORE SCIANDRA
23                                          Attorney for Defendant,
                                            CHARLES P. WELBORN
24

25                                          Agreed to VIA telephone on October 6,
                                            2009.
26

27  DATED: October 6, 2009                  /s/ James Hering
                                            JAMES HERING
28                                          Government Counsel

1  / / /

2  / / /

**ORDER**

IT IS SO ORDERED.

Dated:   **October 7, 2009**         **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE